# United States District Court
## Northern District of Illinois
### Eastern Division

Joseph Guerrieri                                        **JUDGMENT IN A CIVIL CASE**

      v.                                                       Case Number: 06 C 2456

METRA and National Railroad
Passenger Corporation,

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Motions for Summary Judgment of Defendants' Metra and National Railroad Passenger Corporation are Granted.

                                                       Michael W. Dobbins, Clerk of Court

Date: 10/29/2007                                  _____
                                                    /s/ Wanda A. Parker, Deputy Clerk